**E-filed 6/21/06**

1  Robert T. Haslam (Bar No. 71134)
   Michael K. Plimack (Bar No. 133869)
2  Amy K. Van Zant (Bar No. 197426)
   HELLER EHRMAN WHITE & McAULIFFE LLP
3  275 Middlefield Road
   Menlo Park, California 94025-3506
4  Telephone (650) 324-7000
   Facsimile: (650) 324-0638
5

6  *Attorneys for Plaintiff Atmel Corporation*

7  David S. Shukan (Bar No. 143683)
   KIRKLAND & ELLIS LLP
8  777 South Figueroa Street
   Los Angeles, California 90017-5800
9  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
10

11 John M. Desmarais (*pro hac vice*)
   Thomas D. Pease (*pro hac vice*)
12 Alan S. Kellman (*pro hac vice*)
   KIRKLAND & ELLIS LLP
13 Citigroup Center
   153 East 53rd Street
14 New York, NY 10022-4675
   Telephone: (212) 446-4800
15 Facsimile: (212) 446-4900

16
17 *Attorneys for Defendant Agere Systems Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ATMEL CORPORATION, | Case No.: C-03-4632-JF (RS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| AGERE SYSTEMS INC., | Judge:   Honorable Jeremy Fogel |
| Defendant. | |

CASE NO.:  C-03-4632-JF (RS)
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

1   IT IS HEREBY stipulated and agreed between Plaintiff Atmel Corporation ("Atmel") and
2   Defendant Agere Systems Inc. ("Agere"), through their respective undersigned counsel, that all of the
3   claims of the above-referenced action are hereby dismissed with prejudice pursuant to Rule
4   41(a)(1)(ii) of the Federal Rules of Civil Procedure, each side to bear its own attorneys' fees and
5   costs.

DATED:  June 20, 2006         HELLER EHRMAN WHITE & McAULIFFE LLP

By */s/ Robert T. Haslam*
   Robert T. Haslam
   Attorneys for Plaintiff Atmel Corporation
   ATMEL CORPORATION

DATED:  June 20, 2006         KIRKLAND & ELLIS LLP

By */s/ Alan S. Kellman*
   Alan S. Kellman
   Attorneys for Defendant Agere Systems Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  June 21, 2006

_____
The Honorable Jeremy Fogel
United States District Judge

CASE NO.:  C-03-4632-JF (RS)
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE